# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02812-PAB-NYW

PATRICIA LEIGHTON,
DELMAR GEIST,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,

      Defendant.

## MINUTE ORDER

Order Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendant City and County of Denver's Unopposed Motion to Stay Discovery and for a Brief Extension to Disclose Certain Documents ("Unopposed Motion"). [#21, filed February 13, 2015]. Pursuant to the Order Referring Case dated December 10, 2014 [#18] and the memorandum dated February 17, 2015 [#23], the matter was referred to this Magistrate Judge.

      The Unopposed Motion is GRANTED:

1. Defendant shall produce the documents identified in the Unopposed Motion by March 2, 2015;

2. Defendant and Plaintiffs shall file a Joint Status Report with this court within five calendar days of the date on which District Judge Brimmer issues an Order regarding Defendant's Motion to Dismiss [#11].

DATED: February 23, 2015.